# EXHIBIT "A"

| | |
|---|---|
| STATE OF SOUTH CAROLINA<br><br>COUNTY OF SUMTER<br><br><br>Jimmy Joe Cooley<br><br>                      Plaintiff,<br><br>      v.<br><br>PODS Enterprises, LLC,<br><br>                      Defendant. | IN THE COURT OF COMMON PLEAS<br>FOR THE THIRD JUDICIAL CIRCUIT<br><br><br>C/A No.<br><br><br>**SUMMONS** |

You are hereby summoned and required to answer the Complaint herein, a copy of which is herewith served upon you, or otherwise appear and defend, and to serve a copy of your answer to said Complaint upon the subscriber at his office at Cavanaugh & Thickens, LLC, 1717 Marion Street, Columbia, South Carolina, 29201, within thirty (30) days after service hereof, exclusive of the day of such service, and if you fail to answer the Complaint within the time aforesaid, or otherwise appear to defend, Plaintiff in this action will apply to the Court for the relief demanded therein, and judgment by default will be rendered against you for the relief demanded in the Complaint.

                                                        s/ Robert L. Brown
                                                        Robert L. Brown, SC Bar No. 73568
                                                        Cavanaugh & Thickens, LLC
                                                        1717 Marion Street (29201)
                                                        Post Office Box 2409
                                                        Columbia, SC 29202
                                                        Tel:  (803) 888-2200
                                                        Fax:  (803) 888-2219
                                                        Robb@ctlawsc.com

                                                    **ATTORNEYS FOR PLAINTIFF**

March 7, 2022
Columbia, South Carolina

| | |
|---|---|
| STATE OF SOUTH CAROLINA<br><br>COUNTY OF SUMTER<br><br><br>Jimmy Joe Cooley<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>PODS Enterprises, LLC,<br><br>　　　　　Defendant. | IN THE COURT OF COMMON PLEAS<br>FOR THE THIRD JUDICIAL CIRCUIT<br><br><br>C/A No.<br><br><br><br>**COMPLAINT**<br>**(Jury Trial Demanded)** |

ELECTRONICALLY FILED - 2022 Mar 07 12:34 PM - SUMTER - COMMON PLEAS - CASE#2022CP4300371

The Plaintiff, complaining of the Defendant herein, alleges:

1. That the Plaintiff is a citizen and resident of the County of Lee, State of South Carolina.
2. The Defendant is a limited liability company organized and existing under the laws of Florida, and doing business in South Carolina.
3. That on or about February 11, 2021, the Plaintiff, Jimmy Joe Cooley, was operating a 2000 Ford F150 west on 378 in Sumter County, South Carolina.
4. At the same time and place, an agent/employee/permissive driver of PODS Enterprises, LLC, was operating a large commercial vehicle and crashed into the vehicle Plaintiff was operating, throwing the Plaintiff in and about the interior of said vehicle, thus causing him severe and painful bodily injuries and damaging his vehicle.
5. That as a result of the above, the Plaintiff suffered injuries in and about his body, all of which has and will cause him to undergo much physical pain and suffering, has and will cause him to have to spend money on medical services, has and will cause him to lose money in the nature of wages and earnings, has and will cause him mental anguish, has and will cause him to have to expend money to repair his vehicle.
6. That the Defendant, through its agent/employee/permissive driver, was willful, wanton, negligent, grossly negligent, careless and reckless in the following particulars, to-wit:
    a) in failing to maintain a proper look-out;
    b) in failing to keep his vehicle under proper control;
    c) in driving too fast for conditions;
    d) in failing to apply his brakes, if any he had;
    e) in failing to yield the right of way;
    f) in making an improper lane change;

ELECTRONICALLY FILED - 2022 Mar 07 12:34 PM - SUMTER - COMMON PLEAS - CASE#2022CP4300371

      g) in failing to sound his horn;
      h) in failing to take evasive action of any kind to avoid the accident;
      i) in failing to use the degree of care and caution that a reasonable and prudent person would have used under the same or similar circumstances; and,
      j) such other particulars as the evidence at trial my show;

All of which were the direct and proximate cause of the injuries and damages suffered by the Plaintiff herein, said acts being in violation of the case and statute laws of the State of South Carolina.

7. That the Plaintiff is informed and believes he is entitled to judgment against the Defendant for actual damages in an amount to be determined by a jury; and an appropriate amount of punitive damages.

WHEREFORE, Plaintiff respectfully prays for judgment against the Defendant for all actual damages, special damages, consequential damages, and punitive damages in an amount to be determined by the jury at the trial of this action, the costs and disbursements of this action and for such other and further relief as this court deems just and proper.

The Plaintiff demands a jury trial.

Respectfully submitted,

s/ Robert L. Brown
Robert L. Brown, SC Bar No. 73568
Cavanaugh & Thickens, LLC
1717 Marion Street (29201)
Post Office Box 2409
Columbia, SC 29202
Tel:   (803) 888-2200
Fax:  (803) 888-2219
Robb@ctlawsc.com

**ATTORNEYS FOR PLAINTIFF**

Columbia, South Carolina
March 7, 2022